**United States District Court**
**Eastern District of Texas**
**Marshall Division**

| | |
|---|---|
| Rembrandt Vision Technologies, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 2:11-cv-00236-DF |
| v. | ) |
| | ) |
| CooperVision, Inc., | ) |
| | ) |
| Defendant. | ) |

**Notice of Voluntary Dismissal Without Prejudice**
**Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)**

Plaintiff Rembrandt Vision Technologies, L.P. dismisses this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Defendant, CooperVision, Inc., has not filed an answer to the complaint or a motion for summary judgment.

Dated: October 27, 2011 Respectfully Submitted,

By: /s/ Charles W. Goehringer, Jr.
    **Germer Gertz, L.L.P.**
    Lawrence L. Germer (TX No. 07824000)
    Charles W. Goehringer, Jr. (TX No. 00793817)
    550 Fannin, Suite 400
    P.O. Box 4915
    Beaumont, Texas 77704
    Telephone: (409) 654-6700
    Facsimile: (409) 835-2115
    E-mail: LLGermer@germer.com
            CWGoehringer@germer.com

    **Robins, Kaplan, Miller & Ciresi L.L.P.**
    Ronald J. Schutz (MN Bar No. 130849)
    Jake M. Holdreith (MN Bar No. 211011)
    Diane L. Simerson (MN Bar No. 270702)
    Patrick M. Arenz (MN Bar No. 0386537)
    800 LaSalle Avenue, Suite 2800
    Minneapolis, Minnesota 55402
    Telephone: (612) 349-8500
    Facsimile: (612) 339-4181
    E-mail: RJSchutz@rkmc.com
            JMHoldreith@rkmc.com
            DLSimerson@rkmc.com
            PMArenz@rkmc.com

    **Attorneys for Plaintiff**
    **Rembrandt Vision Technologies, L.P.**

82449645.1